UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL NO. 35<br>    Plaintiff<br><br>v.<br><br>KMA DRYWALL<br>    Defendant | CIVIL ACTION NO. 03-12564RCL |

### KMA DRYWALL'S ASSENTED TO MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT

Now comes the Defendant, KMA Drywall, and requests an extension of time until April 30, 2004 to respond to the Complaint.

Assented to
Painters and Allied Trades
District Council No. 35.
By its attorney

*Jonathan B. Conti* (MAB)
Jonathan B. Conti
Feinberg, Cambell & Zack, P.C.
177 Milk St.
Boston, MA 02109
(617) 338-1976
BBO # 338-1976

By its Attorney,

*MaryLin A. Beck*
MaryLin A. Beck
P.O. Box 148
Dedham, MA 02027
(781) 326-1444
BBO #034920

Dated: March 22, 2004