UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 APR 29  A 11: 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>    Plaintiff<br><br>v.<br><br>KMA DRYWALL<br>    Defendant | CIVIL ACTION NO. 03-12564RCL |

## KMA'S ANSWER AND JURY DEMAND

1. Denied that this is the correct statute to bring this action, in as much as this claim is for lost benefits, not lost wages. Denied that there was a labor arbitration award. Admit to all other matters.

2 Admit.

3. Admit.

4. Admit the collective bargaining agreement is a contract and speaks for itself.

5. Denied that this matter was arbitrated. Admit the Defendant was summonsed to appear before the Joint Trade Board on September 24, 2003, on charges of unpaid benefits for June and July 2003.

6. Admit the collective bargaining agreement is a contract and speaks for itself.

7. Denied defendant was provided a hearing or that an arbitration was conducted or that any appearance before the Joint Trade Board resulted in an award. Admit to all other matters.

8. Admit the Defendant received a copy of a letter from the Joint Trade Board dated October 3, 2003, sent by certified mail. Deny it was an award.

9. Denied that the Defendant has refused to pay union benefits. Defendant has paid all union salaries. Defendant has been unable to pay union benefits because the general contractor, Suffolk Construction has refused to pay the Defendant for work done on the job. Deny any letter issued by the Joint Trade Board was an award.

10. Denied that there was an arbitration conducted pursuant to the provisions of M.G.L. c. 150. Denied that the Joint Trade Board issued an award.

11. Denied there was an arbitration hearing or an arbitration award.

FURTHER ANSWERING the Defendant states that it has not refused to pay union benefits; it is unable to pay union benefits because it has not been paid by the general contractor, Suffolk Construction, for the work done by KMA. KMA has made repeated requests for payment from Suffolk Construction and has met with the principals of Suffolk Construction in an effort to obtain payment, to no avail. KMA is in the process of preparing litigation against Suffolk Construction and will pay any and all union benefits it owes for work done on the Suffolk Construction job site when it gets paid by Suffolk Construction.

**THE DEFENDANT CLAIMS TRIAL BY JURY ON ALL COUNTS.**

By its Attorney,

*[signature]*
MaryLin A. Beck
P.O. Box 148
Dedham, MA 02027
(781) 326-1444
BBO #034920

Dated: April 28, 2004

Certificate of Service

I, Marylin A. Beck, hereby certify that on this day April 28, 2004, I mailed a copy of KMA's Answer and Jury Claim to Jonathan M. Conti, Esq. Feinberg, Campbell & Zack, P.C., 177 Mild Street, Boston, MA 02109.

*[signature]*
Marylin A. Beck