UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | C.A. No. 03-12564 RCL |
| KMA DRYWALL, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO AMEND CAPTION

Now comes Plaintiff Painters and Allied Trades District Council No. 35, and requests to amend the caption of its Complaint so that the Defendant is listed as "KMA Drywall, Inc."

Plaintiff,
Painters and Allied Trades
District Council No. 35
By its attorney,

_____
Jonathan M. Conti, BBO#657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

DATED: June 2, 2004

## CERTIFICATE OF SERVICE

    I, Jonathan M. Conti, hereby certify that on this day, I mailed a copy of the within document by first class mail, postage prepaid, to MaryLin A. Beck, Esq., P.O. Box 148, Dedham, MA 02027.

                                                            Jonathan M. Conti

DATED: June __2__, 2004