UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAINTERS & ALLIED TRADES )
DISTRICT COUNCIL NO. 35, )
)
    Plaintiff, )
) C.A. No. 03-12564 RCL
v. )
)
KMA DRYWALL, INC., )
)
    Defendant. )

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Painters and Allied Trades District Council No. 35 hereby moves the Court to enter judgment in its favor as a matter of law. In support of its motion, Plaintiff submits the attached Memorandum of Law.

Respectfully submitted

For the Plaintiff
By its attorney,

Jonathan M. Conti
BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated this 2nd of June, 2004.

## CERTIFICATE OF COMPLIANCE

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

*Jonathan M. Conti*

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to MaryLin A. Beck, Esq., P.O. Box 148, Dedham, MA 02027.

*Jonathan M. Conti*