UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 17 P 12:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35,<br><br>Plaintiff,<br><br>v.<br><br>KMA DRYWALL, INC.,<br><br>Defendant. | C.A. No. 03-12564 RCL |

## JOINT MOTION TO EXTEND TIME FOR SCHEDULING CONFERENCE

The parties in the above-captioned matter respectfully request that the Court postpone the Scheduling Conference currently scheduled for June 24, 2004, until after the Court has ruled on the Plaintiff's Motion for Summary Judgment. Plaintiff's Motion for Summary Judgment was filed on June 3, 2004, and Defendant filed its Opposition to Plaintiff's Motion on June 14, 2004.

Respectfully submitted,

For the Plaintiff

PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL NO. 35

By its Attorney,

_____
Jonathan M. Conti
BBO # 657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

For the Defendant,

KMA DRYWALL, INC.

By its Attorney,

_____
MaryLin A. Beck
BBO # 034920
P.O. Box 148
Dedham, MA 02027

(781) 326-1444