UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 17 P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAINTERS & ALLIED TRADES
DISTRICT COUNCIL NO. 35,

    Plaintiff,

v.

KMA DRYWALL, INC.,

    Defendant.

C.A. No. 03-12564 RCL

## PLAINTIFF'S PROPOSED PRETRIAL SCHEDULE

Pursuant to the Notice of Scheduling Conference issued by this Court, counsel for the parties have attempted to confer for the express purpose of (1) preparing an agenda of matters to be discussed at the June 24, 2004 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

Not having been able to reach an agreement, Plaintiff proposes, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule.

1. No discovery is necessary in this case.

2. Plaintiff filed a Motion for Summary Judgment on June 3, 2004, and Defendant filed its Opposition on June 14, 2004.

3. The final pre-trial conference shall be scheduled in conjunction with the initial scheduling conference.

4. The Plaintiff declines at this time to consent to trial by magistrate.

For the Plaintiff
PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL NO. 35

By its Attorney,

*[signature]*

Jonathan M. Conti
BBO # 657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

(617) 338-1976

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, attorney for the Plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to MaryLin A. Beck, Esq., P.O. Box 148, Dedham, MA 02027.

*[signature]*

Jonathan M. Conti

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17 P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAINTERS & ALLIED TRADES )
DISTRICT COUNCIL NO. 35, )
)
)
Plaintiff, )
)
v. )   C.A. No. 03-12564 RCL
)
)
KMA DRYWALL, INC., )
)
)
Defendant. )
)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The Plaintiff, Painters and Allied Trades District Council No. 35, and its counsel hereby certify that we have conferred:

(a)    with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ralph Harriman, as Business Manager of
Painters and Allied Trades District Council
No. 35

6-17-04
Dated

_____
Jonathan M. Conti
BBO# 657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

6/17/04
Dated