# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                          No: <u>03-12564-RCL</u>

PAINTERS & ALLIED TRADE DISTRICT COUNCIL
Plaintiff

v.

KMA DRYWALL
Defendant

## **NOTICE OF HEARING**

LINDSAY, D.J.

     TAKE NOTICE that the above-entitled case has been set for hearing on plaintiff's motion for summary judgment at **3:00PM**, on **November 22, 2004,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

                                                       By the Court,

                                                       /s/ Lisa M. Hourihan

                                                       Deputy Clerk

September 28, 2004

To: All Counsel