UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS & ALLIED TRADES<br>DISTRICT COUNCIL NO. 35,<br><br>    Plaintiff,<br><br>v.<br><br>KMA DRYWALL, INC.,<br><br>    Defendant. | C.A. No. 03-12564 RCL |

## JUDGMENT

Upon the Court's November 22, 2004 Order granting Plaintiff's Motion for Summary Judgment it is hereby:

ORDERED, ADJUDGED AND DECREED that

1) Judgment shall be entered for the Plaintiff and against Defendant enforcing the arbitration award in the amount of $25,605.58, plus interest in the amount of 1.5% per month up to $500 and 2% above prime rate per month over $500, calculated from October 18, 2003;

2) Defendant shall pay Plaintiff its reasonable attorneys' fees and costs.

SO ORDERED.

                                              Hon. Reginald C. Lindsay
                                              Chief Judge, U.S. District Judge

Dated:_____

                                              Deputy Clerk

## Certificate of Service

     I, Jonathan M. Conti, Esq. hereby certify that a copy of Plaintiff's proposed form of Judgment in accordance with Court's order was served this 29th day of November 2004 by first class mail upon MaryLin A. Back, Esq., P.O. Box 148, Dedham, MA 02027.

                                                                   Jonathan M. Conti