**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Painters and Allied Trades District Council No. 35 | 03-12564-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KMA Drywall, Inc. | Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lynn Gardiner, President/KMA Drywall, Inc.   781-329-1113

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** ~~63 Etna Street~~ SEE BELOW   Dedham, MA 02027

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RESIDENCE IS AT
64 ETNA ROAD

Signature of Attorney or other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: 617-338-1976   DATE: 1/27/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1   District of Origin No. 38   District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk   Date: 02/10/05, Reissued 01/31/05

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 64 Etna Road

Date of Service: 03/03/05   Time: 12:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 8.03 | -0- | 98.03 | 52.92 | $45.11 |

REMARKS: 01/31/05 Hold for Ammendment to original "20 YEARS" to other than "YEARS"
2/17 Subject unavailable, Left msg 617-212-8393
Will arrange 2/18 ~~2/25~~ Don't serve "20 days". Plaintiff to mail orig "20 YEARS"
3/2 - Faxed to Def @ 781-461-5764 @ Request of Def.

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

Case 1:03-cv-12564-RCL   Document 18   Filed 03/10/2005   Page 2 of 2

UNITED STATES DISTRICT COURT
DISTRIC OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 3: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

**FIRST EXECUTION**                              CIVIL ACTION 03-12564-RCL

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

**WHEREAS, <u>Painters and Allied Trades District Council No 35</u>**, has recovered a Judgment in this Court against **<u>KMA Drywall, Inc.</u>**, on the 3rd of December, 2004 for the sum of **<u>$27,922.92</u>** debt or damage, including pre-judgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU**, therefore, that of the goods and chattels or lands of said Judgment Debtor, you cause to be paid and satisfied unto the Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $27,922.92 in the whole, with interest thereon at the rate of 12% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said Court, as Boston, Massachusetts within twenty (20) years after the date of said judgment or within ten (10) days after this Writ has been satisfied or discharged.

Dated at Boston, Massachusetts this 21st day of January, 2005.

By: _Don Stanhope_
    Deputy Clerk

DOCKETED